# United States District Court
# For The Western District of North Carolina
# Asheville Division

CLAYTON PERRY CROWE,,

       Petitioner(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          2:12cv20

UNITED STATES OF AMERICA,,

       Respondent(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/11/2012 Order.

                                        FRANK G. JOHNS, CLERK

                                        Signed: October 11, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court