# United States District Court
# For The Western District of North Carolina
# Asheville Division

CLAYTON PERRY CROWE,,

    Petitioner(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                         2:12cv20

UNITED STATES OF AMERICA,,

    Respondent(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/11/2012 Order.

                                                  FRANK G. JOHNS, CLERK

                                                 Signed: October 11, 2012

*(signature)*

Frank G. Johns, Clerk
United States District Court